834

No. 74–1507.   Mascuilli v. American Export Isbrandtsen Lines, Inc., et al.   C. A. 3d Cir.   Certiorari denied.

No. 74–1508.   Elot H. Raffety Farms, Inc. v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 74–1512.   Vittitow v. Kentucky.   Ct. App. Ky. Certiorari denied.

No. 74–1513.   Williams v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–1514.   Hesse v. Commissioner of Internal Revenue.   C. A. 3d Cir.   Certiorari denied.

No. 74–1519.   St. Petersburg Bank & Trust Co. v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–1523.   Dodson et al. v. Ohio.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 74–1524.   Food Drivers, Helpers & Warehousemen Employees of Philadelphia and Vicinity, and Camden and Vicinity, New Jersey, Local 500, et al. v. Fox Transport System et al.   C. A. 3d Cir.   Certiorari denied.

No. 74–1527.   Goldinger v. Boron Oil Co.   C. A. 3d Cir.   Certiorari denied.

No. 74–1528.   Botany Industries, Inc., et al. v. First National Bank of Boston et al.   C. A. 3d Cir. Certiorari denied.